UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DERRICK YOUNG,<br><br>    Defendant. | 2:13-cr-149-KJD-CWH |

**ORDER**

IT IS THEREFORE ORDERED that counsel has until March 5, 2014 to file objections to the Magistrate Judge's Report and Recommendation (CR 42) to the Motion to Suppress (CR 25).

DATED 28th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

3