UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DERRICK YOUNG,

    Defendant.

2:13-cr-149-KJD-CWH

**ORDER**

IT IS THEREFORE ORDERED that counsel has until March 11, 2014 to file objections to the Magistrate Judge's Report and Recommendation (CR 42) to the Motion to Suppress (CR 25).

DATED  4th   day of March, 2014.

                                        UNITED STATES DISTRICT JUDGE