# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DERRICK YOUNG, *et al.*,<br><br>　　　　Defendants. | Case No. 2:13-CR-00149-KJD-CWH<br><br>**ORDER** |

　　　Before the Court is the Magistrate's Findings and Recommendation (#42) regarding Defendants' Motions to Suppress (##25, 26). Defendants have been granted multiple extensions of time to file objections (## 44, 49). Ultimately, Defendants were given until March 11, 2014 to file any objections to the Magistrate's Findings and Recommendation (#49). No objections have been filed.

　　　The Court's obligation is "to arrive at its own independent conclusion about those portions of the magistrate's report to which objections are made."<u>United States v. Remsing</u>, 874 F.2d 614, 618 (9th Cir. 1989). Specifically, the Court is to engage in "de novo" review of the findings and recommendations objected to. 28 U.S.C. § 636(b)(1)(C) (2012). As no objections have been made, the Court **HEREBY ADOPTS** and **AFFIRMS** the Magistrate's Findings and Recommendation.

　　　DATED this 17th day of March 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge