**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-149-KJD-(CWH) |
| DERRICK YOUNG, | ) |
| Defendant. | ) |

**AMENDED FINAL ORDER OF FORFEITURE**

On March 19, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant DERRICK YOUNG to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant DERRICK YOUNG pled guilty. Superseding Criminal Indictment, ECF No. 9; Change of Plea, ECF No. 51; Plea Agreement, ECF No. 52; Preliminary Order of Forfeiture, ECF No. 63; Final Order of Forfeiture, ECF No. 124.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 22, 2014, through April 20, 2014, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their

right to petition the Court. Notice of Filing Proof of Publication, ECF No. 93; Notice of Filing Service of Process, ECF No. 146.

On November 20, 2014, the United States Marshals Service personally served Thomas Lewis with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 146, p. 2-8.

On September 9, 2014, the United States Marshals Service personally served Thomas Lewis, by and through his attorney Mace J. Yampolsky, with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 146, p. 9-18.

On November 18, 2014, the United States Marshals Service personally served Rodriguez Madden with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 146, p. 19-32.

On October 3, 2014, the United States Marshals Service personally served Rodriguez Madden, by and through his attorney Michael Ryan Pandullo, with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 146, p. 33-39.

On September 16, 2014, the United States Marshals Service personally served Denise Marcelle Macrea with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 146, p. 40-49.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United

. . .

States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1.    a Beretta Tomcat .32 caliber semi-automatic handgun, serial number DAA433805;

2.    a Jennings Model 48 .380 caliber semi-automatic handgun, serial number 052210; and

3.    any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law. The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 29th day of __December__, 2014.


_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Amended Final Order of Forfeiture on December 23, 2014, by the below identified method of service:

Electronic Filing

Rachel M. Korenblat
Federal Public Defender
411 E. Bonneville Ave. Ste. 250
Las Vegas, NV 89101
rachel_korenblat@fd.org
Counsel for Derrick Young

Mace J. Yampolsky
Mace Yampolsky, LTD
625 S. Sixth St.
Las Vegas, NV 89101
mace@macelaw.com
Counsel for Thomas Lewis

Michael Ryan Pandullo
700 South Third Street
Las Vegas, NV 89101
michael.pandullo@gmail.com
Counsel for Rodriguez Madden

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal