# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00149-KJD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| DERRICK YOUNG, et al., | |
| Defendants. | |

This matter is before the court on defendant Derrick Young's motion for a copy of the judgment (ECF No. 183), filed on October 12, 2018. The government did not file a response. Young moves the court for a copy of the judgment (ECF No. 127) for his personal records. The court will grant defendant's request and order the Clerk of Court to mail him a copy of the judgment.

IT IS THEREFORE ORDERED that defendant Young's motion for a copy of the judgment (ECF No. 183) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must mail defendant a copy of the judgment (ECF No. 127).

DATED: October 30, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE